**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER PAUL PEARSON** | : | |
| **and MARSHA ANNE PEARSON,** | : | |
| **Plaintiffs,** | : | **CASE NO.** |
| | : | **1:15-cv-03849-AT-WEJ** |
| **v.** | : | |
| | : | |
| **DR. WILLIAM WININGER, SR.,** | : | |
| **individually and as an officer** | : | |
| **of the King's Way Baptist** | : | |
| **Church, Inc., and the King's Way** | : | |
| **Christian School, JOE HAYMAN,** | : | |
| **and as an officer of the King's** | : | |
| **Way Baptist Church, Inc., DR. RAY** | : | |
| **CONWAY, SR., individually and as** | : | |
| **an officer of the King's Way** | : | |
| **Baptist Church, Inc., and as** | : | |
| **Administrator of the King's Way** | : | |
| **Christian School, THE KING'S WAY** | : | |
| **BAPTIST CHURCH, INC., and THE** | : | |
| **KING'S WAY CHRISTIAN SCHOOL,** | : | |
| **Defendants.** | : | |

<u>**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**</u>

(1)   The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:   Christopher Paul Pearson, Marsha Anne Pearson, Dr. William Wininger, Sr., Joe Hayman, Dr. Ray Conway, Sr., The King's Way Baptist Church, Inc., and The King's Way Christian School.

1

**(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:** None.

**(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:** Joseph H. Fowler, Erica T. Taylor, J. Mac C. Pilgrim, Daniel E. Rice, George M. Weaver, and Eric P. Wilborn.

Respectfully Submitted,

THE PILGRIM LAW GROUP, LLC

 /s/ Daniel E. Rice
J. Mac C. Pilgrim, Bar No. 141955
Daniel E. Rice, Bar No. 183746
Attorneys for Defendant Wininger

845 S. Carroll Rd, Ste A & B
P.O. Box 2200
Villa Rica, Georgia 30180
Ph: (770) 459-9210
Fax: (770) 459-9207
thepilgrimlawgroup@yahoo.com
dricelaw@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER PAUL PEARSON        :
and MARSHA ANNE PEARSON,        :
   Plaintiffs,              :       CASE NO.
                         :       1:15-cv-03849-AT-WEJ
   v.                          :
                         :
DR. WILLIAM WININGER, SR.,      :
individually and as an officer  :
of the King's Way Baptist       :
Church, Inc., and the King's Way :
Christian School, JOE HAYMAN,   :
and as an officer of the King's :
Way Baptist Church, Inc., DR. RAY :
CONWAY, SR., individually and as :
an officer of the King's Way    :
Baptist Church, Inc., and as    :
Administrator of the King's Way :
Christian School, THE KING'S WAY :
BAPTIST CHURCH, INC., and THE   :
KING'S WAY CHRISTIAN SCHOOL,    :
   Defendants.              :

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2015, I electronically filed the CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Joseph H. Fowler

Erica T. Taylor

George M. Weaver

Eric P. Wilborn

Respectfully Submitted,

THE PILGRIM LAW GROUP, LLC

_/s/ J. Mac C. Pilgrim_
J. Mac C. Pilgrim, Bar No. 141955
Daniel E. Rice, Bar No. 183746
Attorneys for Defendant Wininger

845 S. Carroll Rd, Ste A & B
P.O. Box 2200
Villa Rica, Georgia 30180
Ph: (770) 459-9210
Fax: (770) 459-9207
thepilgrimlawgroup@yahoo.com
dricelaw@yahoo.com

4