IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER PAUL PEARSON and MARSHA ANNE PEARSON,<br>    Plaintiffs,<br>v.<br><br>DR. WILLIAM WININGER, SR., individually and as an officer of the King's Way Baptist Church, Inc. and the King's Way Christian School; JOE HAYMAN, and as an officer of the King's Way Baptist Church, Inc., DR. RAY CONWAY, SR., individually and as an officer of the King's Way Baptist Church, Inc. and as Administrator the King's Way Christian School; THE  KING'S WAY BAPTIST CHURCH, INC., and THE KING'S WAY CHRISTIAN SCHOOL,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>1:15-cv-03849-AT-WEJ |

## NOTICE TO TAKE DEPOSITION OF DEFENDANT DR. WILLIAM WININGER

TO:   All Counsel of Record

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition upon oral examination of **Defendant Dr. William Wininger** before an officer authorized to administer oaths on **Friday, December 18, 2015 at 10:00am at the offices of The Pilgrim**

386282.1

1

**Law Group, LLC, 845 S. Carroll Rd Suite A and B, Villa Rica, GA 30180**. Said Deposition will be recorded via stenographic means and will continue until it is adjourned. This examination will be subject to further continuance from time to time and place to place until completed. Counsel for the Plaintiffs have agreed to arrange for the reporting of the deposition by stenographic means.

This 14th day of December, 2015.

                                    HARTLEY, ROWE & FOWLER, P.C.

                                    */s/ Joseph H. Fowler*
                                    Joseph H. Fowler
                                    Georgia Bar No. 271950
                                    Erica T. Taylor
                                    Georgia Bar No. 382075
                                    HARTLEY, ROWE & FOWLER, P.C.
                                    Attorneys for Plaintiffs

P.O. Box 489
Douglasville, Georgia 30133
770-920-2000
770-920-9119 Fax
jfowler@hrflegal.com
etaylor@hrflegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO TAKE DEPOSITION** upon the following parties to this matter by electronic filing:

>J. Mac C. Pilgrim, Esq.
>Daniel E. Rice, Esq.
>THE PILGRIM LAW GROUP, LLC
>845 S. Carroll Rd Suite A and B
>PO Box 2200
>Villa Rica, GA 30180
>(770) 459-9210
>(770) 459-9207
>thepilgrimlawgroup@yahoo.com
>
>George M. Weaver
>Eric P. Wilborn
>HOLLBERG & WEAVER, LLP
>2921 Piedmont Road, NE
>Suite C
>Atlanta, Georgia 30305
>(404) 760-1116
>gweaver@hw-law.com
>ewilborn@hw-law.com

I hereby certify that I have this day served a copy of the within and foregoing **NOTICE TO TAKE DEPOSITION** upon the following party to this matter by U.S. Mail:

>David C. Gibbs, Jr., Esq.
>Seth Kraus, Esq.
>Gibbs & Associates Law Firm, LLC
>5700 Gateway Boulevard, Suite 400
>Mason, OH 45040
>Tel: (513) 234-5545

386282.1

        Fax: (513) 298-0066
        www.gibbs-lawfirm.com
        skraus@gibbs-lawfirm.com

This 14th day of December, 2015.

                              HARTLEY, ROWE & FOWLER, P.C.

                              */s/ Joseph H. Fowler*
                              Joseph H. Fowler
                              Georgia Bar No. 271950
                              Erica T. Taylor
                              Georgia Bar No. 382075
                              HARTLEY, ROWE & FOWLER, P.C.
                              Attorneys for Plaintiffs

P.O. Box 489
Douglasville, Georgia 30133
770-920-2000
770-920-9119 Fax
jfowler@hrflegal.com
etaylor@hrflegal.com